**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROLAND ROLLINS and DEBRA ROLLINS, husband and wife,<br>Plaintiffs,<br>v.<br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br>Defendant. | Case No: 5:13-cv-513 L |

**NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS**

TO: Lance Leffel, Counsel for Defendant

Please take notice that pursuant to Rules 34(c) and 45 of the Federal Rules of Civil Procedure, Plaintiffs have caused to be issued a Subpoena to Produce Documents to the following party on the 26th day of November, 2013.

| NAME | DATE OF PRODUCTION |
|---|---|
| Rimkus Consulting Group, Inc.<br>609 S. Kelley Ave., Suite G-1<br>Edmond, OK 73003 | December 26, 2013 @ 10:00 a.m. |

PLEASE TAKE NOTICE that said witness has been requested to produce and permit the inspection and copying of the documents listed on the Subpoena issued. A copy of the Subpoena issued is attached hereto as Exhibit 1.

s/Steven S. Mansell
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792

**MANSELL ENGEL & COLE**
101 Park Avenue, Suite 665
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
Email: mansell-engel@coxinet.net

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Lance E. Leffel, OBA# 19511 (lleffel@fellerssnider.com)
Kelsie M. Sullivan, OBA# 20350 (ksullivan@fellerssnider.com)

**ATTORNEYS FOR DEFENDANT –**
**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**

s/Steven S. Mansell