# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROLAND ROLLINS and DEBRA ROLLINS, husband and wife,<br><br>                          Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                          Defendant. | Case No: 5:13-cv-513 L |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Roland and Debra Rollins and the Defendant, Allstate Property and Casualty Insurance Company, hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

Dated this 23rd day of May, 2014.

| | |
|---|---|
| s/Steven S. Mansell<br>Steven S. Mansell, OBA #10584<br>Mark A. Engel, OBA #10796<br>Kenneth G. Cole, OBA #11792<br>MANSELL ENGEL & COLE<br>101 Park Avenue, Suite 665<br>Oklahoma City, Oklahoma   73102<br>T:  (405) 232-4100 ** F: (405) 232-4140<br>E:mail: mansell-engel@coxinet.net | s/Lance E. Leffel<br>(*Signed by Filing Attorney with permission of Defendant Attorney*)<br>Lance E. Leffel, OBA# 19511<br>Kelsie M. Sullivan, OBA# 20350<br>**FELLERS SNIDER BLANKENSHIP**<br> **BAILEY & TIPPENS, P.C.**<br>100 N. Broadway, Suite 1700<br>Oklahoma City, OK 73102<br>Telephone: (405) 232-0621<br>Facsimile: (405) 232-9659<br>Email:  lleffel@fellerssnider.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Lance Leffell @ lleffel@fellerssnider.com

ATTORNEYS FOR DEFENDANTS -

                                                           s/Steven S. Mansell